**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 13, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joshua Steed**
      **20 Cr. 567 (NRB)**

Dear Judge Buchwald:

      I write to request that the Court modify Mr. Steed's conditions of release to replace home incarceration with a curfew enforced by location monitoring.

      On January 25, 2021, the Court released Mr. Steed on the following conditions:

1. A $100,000 personal recognizance bond signed by three financially responsible persons.
2. Home incarceration with electronic and GPS monitoring.
3. Surrender of all travel documents and no new applications.
4. Travel restrictions to the District of New Jersey and the Southern and Eastern Districts of New York.
5. Supervision by Pretrial Services as directed.

      On June 23, 2021, the Court ordered that Mr. Steed's bail be modified to include the condition of mental health evaluation/treatment as directed by Pretrial Service. Mr. Steed had requested a referral for therapy from his Pretrial Officer and consented to this modification. Mr. Steed was referred for counseling and is in therapy at Jersey City Medical Center.

      Mr. Steed would like to seek employment and has made job inquiries at various locations. His current conditions of release do not permit him to work. He

Hon. Naomi Reice Buchwald  July 13, 2021
United States District Judge  Page 2

has been on home incarceration for nearly 6 months.  It is common practice in this district for Courts to consider and often grant periodic requests for less restrictive conditions after a showing of continued compliance.  Mr. Steed has been in full compliance with all conditions since his release but he has not made any such request to date, including a modification to home detention that would have been reasonable to make several months ago.  Therefore, we submit that the time is ripe to modify Mr. Steed's conditions of release from home incarceration to a curfew with location monitoring.

The Government and Pretrial Services have no objection to a modification to home detention so that Mr. Steed can seek employment and work when a job is obtained but object to a curfew enforced by location monitoring.

At this time the Court agrees with the Government's position and modifies bail accordingly.

SO ORDERED.

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, N.Y.
         July 16, 2021

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Thomas Burnett