# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2021

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joshua Steed**
      **20 Cr. 567 (NRB)**

Dear Judge Buchwald,

    I write to respectfully request that the Court relieve the Federal Defenders of New York as counsel for Joshua Steed and appoint new counsel. I am compelled to make this request because there has been a complete breakdown in communication between myself and Mr. Steed and in our attorney-client relationship. I will be available at the Court's convenience for a hearing on this request if the Court so requires.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio, Esq.
Federal Defenders of New York
Office: 212-417-8728

Cc:   AUSA Thomas Burnett

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:   New York, N.Y.
         August 3, 2021