```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

         - against -                            ORDER

                                                20 Cr. 567 (NRB)
Joshua Steed,

              Defendant.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Pursuant to the Criminal Justice Act, Michael H. Sporn is assigned to represent the defendant in substitution for Amy Gallichio, who has been relieved.

Dated:   New York, New York
         August 3, 2021

                                            *[signature]*
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE