**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

mhsporn@gmail.com

FACSIMILE
(212) 791-3047

August 10, 2021

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Joshua Steed
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

This letter is respectfully submitted to request that the status conference currently scheduled for August 17, 2021 be adjourned to a date in early October convenient to the Court. As newly appointed counsel the interval of time will give me an opportunity to review the discovery and the file, consult with the client and discuss a possible resolution with the government. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Thomas S. Burnett, Esq.

Application granted. The conference scheduled for August 17, 2021 at 12:00 p.m. is adjourned until October 4, 2021 at 11:00 a.m. The Court excludes time under the Speedy Trial Act until that date. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, N.Y.
       August 11, 2021