# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

October 4, 2021

Hon. Naomi Reice Buchwald.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Joshua Steed
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

This letter is respectfully submitted to request that Mr. Steed's conditions of release be modified by changing his residence. He was released on or about January 25, 2021 on a combination of conditions that included home incarceration. On July 16, that condition was modified at the request of counsel to home detention. Mr. Steed has been residing with his mother in Jersey City. I believe he has been in compliance with the overall conditions of his release. He would like to move to Brooklyn to reside with his girlfriend, their daughter and his step-daughter with the same conditions in place. Thank you for your consideration of this matter.

*[Handwritten annotation: Application denied. [signature] Buchwald USDJ 10/19/21]*

Respectfully submitted,

Michael Sporn
Digitally signed by Michael Sporn
DN: cn=Michael Sporn, o, ou,
email=mhsporn@gmail.com, c=US
Date: 2021.10.04 14:31:19 -04'00'

Michael H. Sporn

MHS/ss
Cc: Thomas Burnett, Esq.
    Joshua Richman, P.T.S.O.