# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

November 2, 2021

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Joshua Steed
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

This letter is respectfully submitted to request that the status conference currently scheduled for November 8, 2021 be adjourned to mid-December on a date that may be convenient for the Court. The parties are engaged in meaningful plea discussions such that we are cautiously optimistic that a resolution short of trial can be reached by the proposed adjourned date. The government consents.

If the Court grants this request, the defendant consents to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7) to serve the ends of justice by allowing the parties to continue negotiations, and allowing the defendant's continuing review of discovery. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Thomas Burnett, Esq.

Application granted. The conference scheduled for November 8, 2021 is adjourned until December 16, 2021 at 3:00 p.m. The Court excludes time under the Speedy Trial Act until that date. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2021
New York, N.Y.