UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES,

    - v –                                            **ORDER**

JOSHUA STEED,                          20 Crim. 567 (NRB)

        Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on January 25, 2021 the Court entered an appearance bond for defendant that required that he reside in New Jersey at the residence of his mother; and

**WHEREAS** on December 16, 2021 defendant requested permission to modify the conditions of his bail in order to reside with his girlfriend in Brooklyn, New York; and

**WHEREAS** defendant was granted leave to reside with his girlfriend over Christmas weekend; and

**WHEREAS** Pretrial Services reported that defendant remained in compliance with his bail conditions during that weekend; it is hereby

**ORDERED** that defendant's bail is modified to provide for residence with his girlfriend in Brooklyn, New York so long as such residence is agreeable to her and defendant remains in full compliance with his bail conditions; and it is further

**ORDERED** that defendant is to coordinate relocation with Pretrial Services in the Southern District of New York and the District of New Jersey.

Dated:   New York, New York
         December 29, 2021

                                          NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE