# MICHAEL H. SPORN
### ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD  
BAYSIDE, NEW YORK 11361

January 25, 2021

Hon. Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:  United States v. Joshua Steed  
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

     This letter is respectfully submitted to request that today's status conference scheduled for 2 p.m. be adjourned for approximately two weeks. The parties anticipate that at the next scheduled appearance, Mr. Steed will be entering a plea pursuant to an agreement between the parties. The government consents to this request. And the defendant agrees that the time to the next adjourned date should be excluded, pursuant to 18 U.S.C. §3161(h)(7)(A), from speedy trial calculations for the parties to continue discussions toward a resolution which will outweigh the best interests of the public and the defendant in a speedy trial. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn  
*Digitally signed by Michael Sporn*  
*DN: cn=Michael Sporn, o, ou,*  
*email=mhsporn@gmail.com, c=US*  
*Date: 2022.01.26 10:19:39 -05'00'*

Michael H. Sporn

MHS/ss  
Cc: Thomas Burnett, Esq.

Application granted.  The conference scheduled for January 26, 2022 at 2:00 p.m. is adjourned until February 9, 2022 at 3:00 p.m.  The Court excludes time under the Speedy Trial Act until that date.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD  
UNITED STATES DISTRICT JUDGE

Dated:    January 26, 2022  
           New York, N.Y.