# MICHAEL H. SPORN
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY                                                                                       42-40 BELL BOULEVARD
NEW YORK, NEW YORK 10007                                         BAYSIDE, NEW YORK 11361

April 25, 2021

Hon. Naomi Reice Buchwald.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                         Re:  <u>United States v. Joshua Steed</u>
                              Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

     This letter is respectfully submitted to request that Mr. Steed's conditions of release be modified by permitting him to leave the residence on Saturday, April 30 from the afternoon to early evening to celebrate his daughter's 4th birthday on that day. The government has no objection. Thank you for your consideration of this matter.

                                                            Respectfully submitted,

                                                            Michael Sporn *(digitally signed)*

                                                            Michael H. Sporn

MHS/ss
Cc:  Thomas Burnett, Esq.
      Joshua Richman, P.T.S.O.

```
Application granted on the condition that
specifics are provided to probation.
SO ORDERED.
```
*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:    April 25, 2022
          New York, N.Y.
```