# MICHAEL H. SPORN
### ATTORNEY AT LAW
―――――――――

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD  
BAYSIDE, NEW YORK 11361

May 6, 2022

> Application granted.
>
> SO ORDERED.
>
> *[signature]*
>
> NAOMI REICE BUCHWALD  
> UNITED STATES DISTRICT JUDGE
>
> Dated:   May 6, 2022  
>            New York, N.Y.

Hon. Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:  United States v. Joshua Steed  
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

     This letter is respectfully submitted to request that Mr. Steed's conditions of release be modified by replacing home detention with a curfew. Monitoring would remain in place. For three months now, he already has been leaving his residence, with the Court's consent and under pre-trial supervision, in order to go to work four days a week providing custodial services at a gym from 7 a.m. to 1 p.m. He also has been going to a program once a week and taking classes twice a week after work in preparation for a GED test that he anticipates taking later this month. Apparently there have been no incidents or issues leaving his residence for these purposes. At this point, Pre-Trial has no objection to this requested modification. The government defers to Pre-Trial. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn *(Digitally signed by Michael Sporn, Date: 2022.05.06 10:23:22 -04'00')*

Michael H. Sporn

MHS/ss  
Cc: Thomas Burnett, Esq.  
     Joshua Richman, P.T.S.O.