

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2022

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: ***United States v. Joshua Steed***, S1 20 Cr. 567 (NRB)

Dear Judge Buchwald:

  The defendant, Joshua Steed, pled guilty to a one count superseding indictment, charging him with being a felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).  The defendant was sentenced on June 9, 2022.  The Government respectfully moves to dismiss all open counts, including those in the original indictment.

             Respectfully,

             DAMIAN WILLIAMS
             United States Attorney

          by: __/s/_____
            Thomas S. Burnett
            Assistant United States Attorneys
            (212) 637-1064

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2022
      New York, N.Y.