UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    - against -

                                                          **REMAND ORDER**

JOSHUA STEED,
                                                          20 Cr. 567 (NRB)

          Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant, who was sentenced on June 9, 2022, with a surrender date of August 8, 2022, has repeatedly violated the conditions of his release on bail; it is hereby

    **ORDERED** that bail is revoked and the defendant is remanded to the custody of the United States Marshal Service and Bureau of Prisons.

DATED:    New York, New York
             July 19, 2022

                                                _/s/ Naomi Reice Buchwald_
                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE