# MICHAEL H. SPORN
### ATTORNEY AT LAW
———————

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD  
BAYSIDE, NEW YORK 11361

August 9, 2022

Hon. Naomi Reice Buchwald.  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: United States v. Joshua Steed  
Ind. No. 20 Cr 567 (NRB)

Dear Judge Buchwald:

    This letter is respectfully submitted to request that the Court reappoint me and approve the submission of a supplemental CJA voucher for services rendered after sentence was imposed and the Judgment was entered. The additional services came about as a result of a bail revocation hearing, and travel thereto, occasioned by curfew violations in the interval from the date of sentencing to the date set for the defendant to self-surrender to the BOP designated facility. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn  
*Digitally signed by Michael Sporn*  
*DN: cn=Michael Sporn, o, ou,*  
*email=mhsporn@gmail.com, c=US*  
*Date: 2022.08.08 17:38:26 -04'00'*

Michael H. Sporn

MHS/ss.

Application granted.  
SO ORDERED.

*[signature]*  
NAOMI REICE BUCHWALD  
UNITED STATES DISTRICT JUDGE  
Dated:   August 17, 2022  
           New York, N.Y.