

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 16, 2026

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Joshua Steed*, 20 Cr. 567 (NRB)

Dear Judge Buchwald:

The Government respectfully writes on behalf of both parties to jointly request a 45-day adjournment of the upcoming June 22, 2026 status conference in the above-captioned violation of supervised release proceedings. As discussed at the last appearance, Steed has now been charged by complaint with a new criminal offense regarding the firearm possession incident at issue in this proceeding. *See* Complaint, *United States v. Joshua Steed*, No. 7:26 Mag. 1939, Dkt. 1 (S.D.N.Y. May 20, 2026). The parties are engaged in active discussions regarding the possible disposition of both matters and would benefit from additional time to continue those discussions. The defense joins in this request for a 45-day adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:    Jacqueline Cistaro, Esq.
Probation Officer Urshala Herald (by email)

Application granted. The status conference previously scheduled for June 22, 2026 is hereby adjourned until Tuesday, August 11, 2026, at 12:30 P.M.

SO ORDERED.

Dated:    June 22, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE